United States District Court
Southern District of Texas
**ENTERED**
April 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONELL TOLIVER, § § Plaintiff, § VS. § § HALLCON CORPORATION; fka § RENZENBERGER, INC., § § Defendants. § | CIVIL ACTION NO. 4:20-CV-0146 |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed February 14, 2020, (Doc # 6), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 04/01/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge